Case 7:17-cv-00273   Document 13   Filed in TXSD on 10/06/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, § § Plaintiff, § VS. § HOUSTON SPECIALTY INSURANCE § COMPANY, § § Defendant. § | CIVIL ACTION NO. 7:17-CV-273 |

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

ON THIS DAY came before the Court Plaintiff Colony Insurance Company's Unopposed Motion to Dismiss Without Prejudice pursuant to FED. R. CIV. P. 41(a)(2). (Dkt. No. 12). After careful consideration, the Court is of the opinion that the Motion is meritorious, and should therefore be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that any and all claims of Plaintiff presented in the above-styled and numbered cause of action against Defendant Houston Specialty Insurance Company be, and hereby are, dismissed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any and all costs incurred herein shall be taxed against the party incurring them.

SO ORDERED this 6th day of October, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge